UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LELAND FOSTER, Individually, | : |
| | : Case No. 4:13-CV-10635 |
| Plaintiff, | : |
| v. | : JUDGE Terrance G. Berg |
| | : |
| WINSTON SPE II LLC, a Delaware Limited Liability Company | : **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| | : |
| Defendant | : |
| _____/ | : |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is stipulated and agreed that the above captioned action shall be, and hereby is, dismissed without prejudice, with each party to bear its own costs and expenses.

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Mollicone, Esq. | s\ Owen B Dunn Jr |
| David A. Mollicone, Esq. (P59407) | Owen B. Dunn, Jr. (P66315) |
| dmollicone@dmms.com | Law Office of Owen B. Dunn, Jr. |
| **DAWDA, MANN, MULCAHY & SADLER, PLC** | 520 Madison Ave., Suite 330 |
| 39533 Woodward Ave., Suite 200 | Toledo, OH 43604 |
| Bloomfield Hills, MI 48304 | (419) 241-9661 |
| Telephone:  248-642-3124 | (419) 241-9737 - Facsimile |
| Facsimile: 278-642-7791 | dunnlawoffice@sbcglobal.net |
| *Attorney for Winston SPE II LLC* | *Attorney for Plaintiff Leland Foster* |