UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**LELAND FOSTER, individually,**

      Plaintiff,

  v.                      Case No. 4:13-cv-10635-TGB-DRG

**WINSTON SPE II LLC, a Delaware
limited liability company,**

      Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHPREJUDICE

Plaintiff, LELAND FOSTER, and Defendant, WINSTON SPE II LLC, hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to the dismissal of all claims filed by Plaintiff and Defendants, with prejudice. Each party shall bear their own attorneys' fees and costs.

Respectfully submitted this August 22, 2013.

| | |
|---|---|
| */s/ Owen B. Dunn, Jr., Esq.* | */s/ David A. Mollicone, Esq.* |
| Owen B. Dunn, Jr., Esq. (P66315) | David A. Mollicone, Esq. (P59407) |
| dunnlawoffice@sbcglobal.net | dmollicone@dmms.com |
| Law Office of Owen B. Dunn, Jr. | Dawda, Mann, Mulcahy & Sadler, PLC |
| 520 Madison Ave., Suite 330 | 39533 Woodward Ave., Suite 200 |
| Toledo, Ohio 43604 | Bloomfield Hills, Michigan 48304 |
| Telephone: 419-241-9661 | Telephone: 248-642-3124 |
| Facsimile: 419-241-9737 | Facsimile: 248-642-7791 |
| | |
| *Attorneys for Plaintiff,* | *Attorney for Defendants,* |
| *Leland Foster* | *Winston SPE II LLC* |